**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

David G Pardey and Ruth L Pardey

Debtor(s).

Case Number: 10–20930–MLB
Chapter: 7

**APPLICATION FOR EXTENSION OF TIME TO COMPLETE CREDIT COUNSELING**

I/We, the debtor(s) in this case, certify under penalty of perjury that:

1. I/We requested the briefing services referred to in 11 U.S.C. § 109(h)(1) from _____

_____ [name of approved credit counseling agency] on _____ [date]

by _____ [in person, telephone, or internet]. I/We could not obtain the briefing services

during the 7–day period beginning on the date upon which I/we made that request because (explain fully):

I/We have a pending appointment to obtain those briefing services scheduled on _____[date].

2. I/We merit an extension of time under 11 U.S.C. § 109(h)(3) because of the following exigent circumstances (describe fully):

3. I/We understand that this application will be accepted by the Clerk's Office, but if the court does not find this application satisfactory, the court may (i) dismiss the case without a hearing, or (ii) enter an order to show cause why the case should not be dismissed, which will set a hearing on this application, and may require me/us to file further documentation.

4. I/We understand that even if the court finds this certification satisfactory, the requirement to obtain credit counseling services is waived only for 30 days after the petition is filed, unless I/we ask for and receive a further 14–day extension.**

I/We certify under penalty of perjury that the foregoing is true and correct. Executed on

_____ [date] at _____[location]


Debtor: _____ Joint Debtor: _____

Address: _____

Telephone: _____

**\*\*NOTICE: You must act promptly in filing this application. The court is only permitted to grant you an extension of 30 days from the petition date plus a further extension of 14 days for cause to meet the credit counseling requirement. The requirement that you take a personal financial management course <u>after</u> you file your petition is a separate requirement.**

# CERTIFICATE OF NOTICE

```
District/off: 0981-2         User: marih              Page 1 of 1              Date Rcvd: Sep 15, 2010
Case: 10-20930               Form ID: extcrc          Total Noticed: 1


The following entities were noticed by first class mail on Sep 17, 2010.
db/jdb      +David G Pardey,   Ruth L Pardey,   24932 136th Ave SE,   Kent, WA 98042-6657

The following entities were noticed by electronic transmission.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2010                    Signature: _____