Form ntcdeads (12/09)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re: David G Pardey and Ruth L Pardey
Debtor(s).

Case Number: 10−20930−MLB
Chapter: 7

## NOTICE OF DEADLINE FOR SCHEDULES, STATEMENTS, AND LISTS
## AND NOTICE OF EX PARTE MOTION TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED

To the Debtor(s) and Debtor's Attorney:

1. The Debtor has until **September 28, 2010** to file the documents listed below as required by 11 U.S.C. § 521(a)(1) and Fed. R. Bankr. P. 1007(c) and/or 1007(d).

- [x] Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
- [ ] Schedule A
- [ ] Schedule B
- [ ] Schedule C
- [ ] Schedule D
- [ ] Schedule E
- [ ] Schedule F
- [ ] Schedule G
- [ ] Schedule H
- [ ] Schedule I
- [ ] Schedule J
- [x] Statement of Financial Affairs
- [x] Schedule A thru J
- [ ] Ch 7 Statement of Current Monthly Income and Means Test Calculation−Form 22A
- [ ] Ch 11 Statement of Current Monthly Income−Form 22B
- [ ] Ch 13 Statement of Current Monthly Income and Disposable Income Calculation−Form 22C
- [ ] Chapter 13 Plan
- [ ] List of the 20 Largest Unsecured Creditors (Chapter 11 only)

2. YOU ARE NOTIFIED that failure to file the documents by the due date, or by any extension granted by Court order may result in the United States Trustee filing an ex parte motion on the seventh day after the deadline passes for an order dismissing the case. (See 11 U.S.C. § 707(a)(3), § 1112(e), or § 1307(c)(9), and LBR 1017−1.) If you wish to oppose the dismissal, you must file your written objection with the Court within 7 days after the applicable deadline passes, (i.e. 14−day deadline). THIS IS THE ONLY NOTICE YOU WILL RECEIVE of the U.S. Trustee's motion to dismiss the case.

3. If the meeting of creditors notice has been mailed by the clerk, any additional creditors must be filed as an amendment to the appropriate schedule along with a list of only the additional creditors. **If the clerk has mailed notice of 11 U.S.C. § 341 meeting before the documents are filed, the Debtor is responsible for mailing a copy of the 11 U.S.C. § 341 meeting notice to any creditor not listed on the original master mailing list filed with the Court, LBR 1007−1 and LBR 1009−1.**

DATED: **September 15, 2010**

Mark L. Hatcher
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: marih             Page 1 of 1            Date Rcvd: Sep 15, 2010
Case: 10-20930                Form ID: ntcdeads       Total Noticed: 1

The following entities were noticed by first class mail on Sep 17, 2010.
db/jdb        +David G Pardey,   Ruth L Pardey,   24932 136th Ave SE,   Kent, WA 98042-6657

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2010**                              **Signature:** _Joseph Speetjens_