B21(ssn)(Official Form 21)(12/07)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

    David G Pardey and Ruth L Pardey

Case Number: 10−20930−MLB
Chapter: 7

Debtor(s).

## STATEMENT OF SOCIAL SECURITY NUMBER(s)
## OR INDIVIDUAL TAXPAYER−IDENTIFICATION NUMBER(s) (ITIN(s))

1. Name of Debtor (enter Last,First,Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

    ☐ Debtor has a Social Security Number and it is: _____−_____−_____
       *(If more than one, state all.)*
    ☐ Debtor does not have a Social Security Number but has an Individual Taxpayer−Identification
       Number (ITIN), and it is: _____.
       *(If more than one, state all.)*
    ☐ Debtor does not have either a Social Security Number or an Individual Taxpayer−Identification
       Number (ITIN).

2. Name of Joint Debtor (enter Last,First,Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

    ☐ Joint Debtor has a Social Security Number and it is: _____−_____−_____
       *(If more than one, state all.)*
    ☐ Joint Debtor does not have a Social Security Number but has an Individual Taxpayer−Identification
       Number (ITIN), and it is: _____.
       *(If more than one, state all.)*
    ☐ Joint Debtor does not have either a Social Security Number or an Individual Taxpayer−Identification
       Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

    X _____
      Signature of Debtor                                   Date

    X _____
      Signature of Joint Debtor                          Date

*<u>Joint debtors must provide information for both spouses.</u>*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: marih             Page 1 of 1              Date Rcvd: Sep 15, 2010
Case: 10-20930                Form ID: ssn            Total Noticed: 1
```

The following entities were noticed by first class mail on Sep 17, 2010.
db/jdb      +David G Pardey,   Ruth L Pardey,   24932 136th Ave SE,   Kent, WA 98042-6657

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2010**                                    **Signature:**    *Joseph Speetjens*